IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTOPHER MCDANIEL                                               PLAINTIFF

v.                          No. 3:19-cv-118-DPM

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON; and UNILEVER UNITED
STATES, INC.                                                      DEFENDANTS

## ORDER

Stipulation, № 4, noted. Unilever United States, Inc. is dismissed without prejudice. FED. R. CIV. P. 41(a)(1)(A)(i).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

13 May 2019