# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CHRISTOPHER MCDANIEL**  PLAINTIFF

v.  No. 3:19-cv-118-DPM

**LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON; and UNILEVER UNITED
STATES, INC.**  DEFENDANTS

## JUDGMENT

Based on the parties' stipulation, McDaniel's claims against Liberty Life Assurance Company of Boston are dismissed with prejudice. McDaniel's claims against Unilever United States, Inc. are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 August 2019